**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **INSPIRA MEDICAL CENTER, INC.,**<br><br>Appellant,<br><br>v.<br><br>**BUNCE D. ATKINSON, TRUSTEE FOR DEBTOR ESTATE OF BRIAN MEAD**,<br><br>Appellee. | Civil Action No. 25-16383 (ZNQ)<br><br>**ORDER** |

**QURAISHI, District Judge**

**THIS MATTER** comes before the Court upon an Appeal of the Bankruptcy Court's September 24, 2025 Order Granting a Motion for Summary Judgment filed by Appellee Bunce D. Atkinson, Trustee for Debtor Estate of Brian Mead (the "Trustee"), and Denying a Cross-Motion for Summary Judgment filed by Appellant Inspira Medical Center, Inc.'s ("Inspira"). ("Appeal", ECF No. 1.) For the reasons set forth in the accompanying Opinion,

**IT IS** on this **12th** day of **August 2026**,

**ORDERED** that Inspira's Appeal (ECF No. 1) is **DENIED**; it is further

**ORDERED** that the Bankruptcy Court's September 24, 2025 Order Granting the Trustee's Motion for Summary Judgment and Denying Inspira's Cross-Motion for Summary Judgment is **AFFIRMED**; and it is further

**ORDERED** that the Clerk is instructed to mark this matter **CLOSED**.

s/ Zahid N. Quraishi
**ZAHID N. QURAISHI**
**UNITED STATES DISTRICT JUDGE**